**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JONATHAN MILLIREN                                                                 PLAINTIFF

v.                                            5:19CV00042-JM-JTK

PATRICA SNYDER                                                                   DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case is DISMISSED without prejudice, for failure to prosecute.   The relief

sought is denied.

IT IS SO ADJUDGED this 5th day of March, 2019.


_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE